BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       nkoffroth@foxrothschild.com
       zwilliams@foxrothschild.com

JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12599
THE JIMMERSON LAW FIRM, P.C.
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Telephone:(702) 388-7171
Facsimile:(702) 380-6413
Email: jimmerson@jimmersonlawfirm.com
       jmj@jimmersonlawfirm.com

*Counsel for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>    CASH CLOUD, INC.,<br>    dba COIN CLOUD,<br><br>                            Debtor. | Case No. BK-23-10423-mkn<br><br>Chapter 11 |
| CASH CLOUD, INC.,<br>dba COIN CLOUD,<br><br>                           Plaintiff,<br>v.<br><br>ROCKITCOIN, LLC,<br><br>                          Defendant. | ADV. No. 23-01105-mkn<br><br>***AMENDED* NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1

147342165.1

Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1)(A)(i) & 41(a)(1)(B), Plaintiff, Cash Cloud, Inc., dba Coin Cloud hereby gives notice of dismissal of this adversary case, with prejudice.

DATED this 10th day of July 2023.

**FOX ROTHSCHILD LLP**

By: ___*/s/Brett Axelrod*___
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
NICHOLAS A. KOFFROTH, ESQ.
Nevada Bar No. 16264
ZACHARY T. WILLIAMS, ESQ.
Nevada Bar No. 16023
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Debtor*